LAW OFFICES OF PAUL J. GIACOMO, JR.
Attorneys for Plaintiffs Larry Gribler and Three Amigos SJL, Inc.
405 Lexington Avenue, 37th Floor
New York, New York 10174
(212) 486-0200

Paul J. Giacomo, Jr., Esq. (PG8774)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LARRY GRIBLER, suing both individually and
as controlling shareholder of THREE AMIGOS SJL,
INC. d/b/a CHEETAHS GENTLEMEN'S CLUB,

                            07 Civ. 11436 (nrb)

                Plaintiff,

   -against-

SHIRELL WEISBLAT, aka SHRIELL
WEISBLAT, CHARLES WEISBLAT,                 **NOTICE OF**
CHARLIE CASANOVA, INC.,                            **MOTION**
SELIM ZHERKA, STEVE ASLAND,
and MEHLER & BUSCEMI,

                Defendants.

-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that upon the annexed affirmation of Paul J. Giacomo, Jr., Esq., dated January 22, 2008, and the Exhibits annexed thereto, Plaintiffs will move at the United States Courthouse located at a time and a place to be determined or as soon thereafter as counsel can be heard, for an Order remanding the above entitled action to the Supreme Court of the State of New York, County of New York, and granting such other and further relief as this Court may deem just and proper

      **PLEASE TAKE FURTHER NOTICE,** that pursuant to FRCP Rule 6(d), answering affidavits shall be served at least one (1) day before the time at which the motion is noticed to be heard. If service is made under FRCP Rule 5(b)(2)(B), (C), or (D), 3 days are to be added to this

period.

Dated: New York, New York
January 22, 2008

                                      Respectfully submitted,

                                      By: Paul J. Giacomo, Jr. (PG8774)
                                      Law Offices of Paul J. Giacomo, Jr.
                                      Attorneys for Plaintiff
                                      405 Lexington Avenue, 37th Floor
                                      New York, New York 10174
                                      (212) 486-0200