UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LARRY GRIBLER, suing both individually and
as controlling shareholder of THREE AMIGOS SJL,
INC. d/b/a CHEETAHS GENTLEMEN'S CLUB,

          07 Civ. 11436 (nrb)

      Plaintiff,

 -against-

          **AFFIRMATION OF**
SHIRELL WEISBLAT, aka SHRIELL    **PAUL J. GIACOMO, JR.**
WEISBLAT, CHARLES WEISBLAT,
CHARLIE CASANOVA, INC.,
SELIM ZHERKA, STEVE ASLAND,
and MEHLER & BUSCEMI,

      Defendants.

------------------------------------------------------------x

  PAUL J. GIACOMO, JR., ESQ., an attorney duly admitted to practice law before the Courts of the State of New York, affirms the following under the penalties of perjury:

  1. I am the principal of the Law Offices of Paul J. Giacomo, Jr., attorneys for Plaintiffs LARRY GRIBLER and THREE AMIGOS SJL, INC. in the above-captioned action, and as such, I am fully familiar with the facts and circumstances surrounding this matter.

  2. Plaintiff LARRY GRIBLER is an individual residing at 12 Green Farms Road, Andover, New Jersey, is the sole shareholder of the Plaintiff THREE AMIGOS SJL INC., a domestic business corporation duly organized and existing pursuant to the laws of the State of New York, with its principal place of business located 252 West 43rd Street, New York, New York 10036.

  3. THREE AMIGOS SJL INC. (hereinafter sometimes the "Corporation") operates a business known as the CHEETAHS GENTLEMENS CLUB & RESTAURANT at 252 West 43rd Street, New York, New York 10036 (hereinafter referred to as "CHEETAHS").

4. Defendant SHIRELL WEISBLAT is an individual residing at 1385 York Avenue, Apt. 34G, New York, New York and she alleges to be a minority shareholder of THREE AMIGOS SJL INC.

5. Defendant CHARLES WEISBLAT is an individual residing at 1385 York Avenue, Apt. 34G, New York, New York., and is the husband of the Defendant SHIRELL WEISBLAT.

6. Upon information and belief, the Defendant CHARLES WEISBLAT is an officer, a director and shareholder of the Defendant corporation named CHARLIE CASANOVA, INC., a domestic business corporation duly organized and existing pursuant to the laws of the State of New York, with its principal place of business located at 222 Merrick Road, Rockville Centre, New York 11570. At all times herein relevant CHARLIE CASANOVA, INC. was the alter-ego of the Defendant CHARLES WEISBLAT.

7. Defendant SELIM ZHERKA is an individual residing at 250 North Avenue, New Rochelle, New York and he alleges to be a minority shareholder of THREE AMIGOS SJL INC. The Defendant SELIM ZHERKA claims to have obtained his interest in THREE AMIGOS SJL INC. by purchasing it from the Defendant SHIRELL WEISBLAT.

8. Defendant STEVE ASLAND is an individual residing at 2900 Milton Place, Bronx, New York 10465 who has worked as a manager at the cabaret club operated by of THREE AMIGOS SJL INC. known as the Cheetah's Gentlemen's Club.

9. Defendant MEHLER & BUSCEMI is a law firm with its principal office located at 305 Broadway, Suite 1102, New York, New York 10007.

10. This action was commenced in the Supreme Court of the State of New York, County of New York and issued an index number of 603794/2007 on November 15, 2007. The action was titled "LARRY GRIBLER, suing both individually and as controlling shareholder of

THREE AMIGOS SJL, INC. d/b/a CHEETAHS GENTLEMEN'S CLUB, v. SHIRELL WEISBLAT, aka SHRIELL WEISBLAT, CHARLES WEISBLAT d/b/a CHARLIE CASANOVA, INC. SELIM ZHERKA, STEVE ASLAND, and MEHLER & BUSCEMI.

11. Defendants Steve Asland and Mehler & Buscemi were served with a copy of the Summons and Complaint on December 3, 2007; Defendants Shirell Weisblat a/k/a Shriell Weisblat and Charles Weisblat were served on December 4, 2007; Defendant Charlie Casanova, Inc. was served pursuant to the Business Corporation Law on December 11, 2007. Defendant Selim Zherka, a/k/a Sam Zherka was served, after numerous attempts, on January 12, 2008. Annexed hereto as **Exhibit A** are the Affidavits of Service.

12. On December 20, 2007, some Defendants Shirell Weisblat a/k/a Shriell Weisblat, Charles Weisblat, Charlie Casanova, Inc., Selim Zherka a/k/a Sam Zherka, and Steve Asland filed their Notice of Removal. On December 26, 2007, the plaintiff's counsel received the Notice of Removal annexed without exhibits hereto as **Exhibit B**.

13. On December 17, 2007, Kristopher Dennis, of Kaufman Borgeest & Ryan LLP, contacted the Plaintiff's counsel representing Defendant Mehler & Buscemi. Mr. Dennis has subsequently been in contact with our office, including a request for an extension of time to answer the above-referenced Complaint that initiated this action.

14. Defendant Mehler & Buscemi has made no representation known to the Plaintiff, or even any reference cited by some Defendants Shirell Weisblat a/k/a Shriell Weisblat, Charles Weisblat, Charlie Casanova, Inc., Selim Zherka a/k/a Sam Zherka, and Steve Asland, that Defendant Mehler & Buscemi consents to the removal.

15. The procedural requirements for removal under 28 USC § 1446 are strictly enforced. These requirements include, *inter alia*, the unanimity requirement of joinder by all defendants. (See Memorandum of Law.)

16. Defendants Shirell Weisblat a/k/a Shriell Weisblat, Charles Weisblat, Charlie Casanova, Inc., Selim Zherka a/k/a Sam Zherka, and Steve Asland did not at any point indicate that Defendant Mehler & Buscemi joined in the removal action.

17. Some of the Defendants assert in their Notice of Removal that there is complete diversity between Plaintiffs and Defendants. Yet Three Amigos SJL, Inc. is a New York corporation. Defendant Charlie Casaona, Inc. is, upon information and belief, a New York corporation. Defendants Charlie Weisblat, Shirell Weisblat, Selim Zherka, and Steve Asland, upon information and belief, all reside in New York State. Defendant Mehler & Buscemi, upon information and belief, maintains an office at 305 Broadway, New York, New York.

18. In a case with multiple plaintiffs and multiple defendants, the presence in the action of a single plaintiff from the same State as a single defendant deprives the district court of original diversity jurisdiction over the entire action. (See Memorandum of Law.) Clearly, complete diversity does not exist between Plaintiffs and Defendants.

WHEREFORE, the instant motion should be granted in its entirety and an Order should be entered (1) remanding the action to the Supreme Court of New York, County of New York pursuant to the United States Code (U.S.C.) § 1447, and; (2) and for such other and further relief as this Court deems just and proper under the circumstances.

Dated: New York, New York
January 22, 2008

LAW OFFICES OF PAUL J. GIACOMO, JR.

By: Paul J. Giacomo, Jr. (PG8774)
Attorneys for Plaintiffs
The Chrysler Building
405 Lexington Avenue, 37th Floor
New York, New York 10174
(212) 486-0200

**Exhibit A**

Docket No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
DEC 20 2007
USDC WP SDNY

---x

LARRY GRIBLER, suing both individually and as controlling shareholder of THREE AMIGOS SJL, INC, d/b/a CHEETAS GENTLEMENS CLUB & RESTAURANT,

07 Civ. ( )

Plaintiffs,

-against-

**NOTICE OF REMOVAL**

SHIRELL WEISBLAT a/k/a/ SHRIELL WEISBLAT, CHARLES WEISBLAT, CHARLIE CASANOVA, INC., SELIM ZHERKA a/k/a SAM ZHERKA, STEVE ASLAND, and MEHLER & BUSCEMI,

'07 CIV 11436
JUDGE BUCHWALD

Defendants.

---x

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441(a) and 1446 this civil action be and the same hereby is removed from Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York on the basis of complete diversity of citizenship of the parties. Annexed hereto is a copy of the summons, complaint, along with exhibits contained therein, which have been served on Defendants Shirell Weisblat, Charles Weisblat, Charlie Casanova, Inc., Selim Zherka, and Steve Asland.

Dated: White Plains, N.Y.
December 19, 2007

LOVETT & GOULD, LLP
By:________________
Jonathan Lovett (4854)
Attorneys for Defendants Shirell Weisblat, Charles Weisbalt, Charlie Casanova, Inc., Selim Zherka, and Steve Asland.
222 Bloomingdale Road
New York, New York 10605
914-428-8401

LARRY GRIBLER, suing both individually and as controlling shareholder of THREE AMIGOS SJL, INC., d/b/a CHEETAH GENTLEMENS CLUB and RESTAURANT,

        Plaintiffs,

  -against-

SHIRELL WEISBLAT a/k/a/ SHRIELL WEISBLAT, CHARLES WEISBLAT, CHARLIE CASANOVA, INC., SELIM ZHERAK a/k/a SAM ZHERKA, STEVE ASLAND, and MEHLER & BUSCEMI,

        Defendants.

---

### NOTICE OF REMOVAL

---

**LOVETT & GOULD, LLP**
*Attorneys for*  Defendants Weisblat, Casanova, Zherka & Asland
222 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 10605
(914) 428-8401
FAX (914) 428-8916

---

*To:*

*Attorney(s) for*

---

*Service of a copy of the within*                 *is hereby admitted.*

*Dated:*

                     *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐  that the within is a true copy of a
NOTICE OF  entered in the office of the clerk of the within named Court on    19
ENTRY

☐  that an Order of which the within is a true copy will be presented for settlement to the Hon.        NOTICE
OF  one of the judges of the within named Court, on   1998, at  m.
SETTLEMENT

*Dated:*

              **LOVETT & GOULD, LLP**
           *Attorneys for*

              222 BLOOMINGDALE ROAD
              WHITE PLAINS, NEW YORK 10605

*To:*

*Attorney(s) for*

**Exhibit B**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  
COUNTY OF NEW YORK   SUPREME   COURT   FILED ON: 11/15/2007

FILE NO.: 0710363  
INDEX NO.: 603794-07

LARRY GRIBLER, suing both individually and as controlling shareholder of the THREE AMIGOS SJL INC. d/b/a CHEETAHS GENTLEMENS CLUB & RESTAURANT    Plaintiff(s)-Petitioner(s)

-vs-

SHIRELL WEISBLAT A/K/A SHRIELL WEISBLAT, CHARLES WEISBLAT, CHARLIE CASANOVA, INC, SELIM ZHERKA A/K/A SAM ZHERKA, STEVE ASLAND, and MEHLER & BUSCEMI    Defendant(s)-Respondent(s)

STATE OF NEW YORK}  
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On DECEMBER 11, 2007   at 11:55 A.M.  
Deponent served two true copies of **SUMMONS, VERIFIED COMPLAINT**  
bearing index number: 603794-07   and date of filing:   11/15/2007  
upon **CHARLIE CASANOVA, INC.**  
at address: SECRETARY OF STATE, 41 STATE STREET  
City & State: ALBANY, NY 12207

**MANNER OF SERVICE}**

**PERSONAL**  
☐ By delivering to and leaving with personally}  
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

**SUITABLE AGE PERSON**  
☐ By delivering and leaving with personally}  
at the premises mentioned above. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

**AUTHORIZED AGENT**  
☒ By delivering and leaving 2 copies with} **DONNA CHRISTIE**  
the agent for service on the person in this proceeding designated under Rule 306 BCL and tendering the required fee. Service having been made to such person at the place, date and time above.

**AFFIXING TO DOOR, ETC.**  
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized   person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

**MAILING**  
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address  
on   . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

**DESCRIPTION}** deponent describes the person actually served as:  
Sex: FEMALE   Race/Skin Color: WHITE   Hair Color: BLONDE  
Approximate Age: 47 years   Approximate Height: 5'4"   Approximate Weight: 140 pounds  
Other:

NEW YORK  
COUNTY CLERK'S OFFICE

Subscribed and sworn before me on} DECEMBER 11, 2007

Kathryn E. Rock #01R06065213   Kathryn A. Rock-McClosky   Attorney:   Mark E. McClosky  
Notary Public, State of New York   Commissioner of Deeds   The Law Offices of Paul J.   Deponent  
Qualified in Schenectady County   Qualified in Schenectady County   Giacomo, Jr.  
Commission Expires: 10/09/2009   Commission Expires: 08/27/2004   The Chrysler Building  
      405 Lexington Avenue, 37th Floor  
      New York, NY 10174

affidavit number: 200773262   FIRM FILE #9784538

| STATE OF NEW YORK | NEW YORK COUNTY | SUPREME COURT |
|---|---|---|

ATTORNEY(S): PAUL J. GIACOMO, JR.,
ADDRESS: 405 LEXINGTON AVENUE, NEW YORK, NY 10174    PH#: (212) 486-0200

*LARRY GRIBLER, suing both individually and as controlling shareholder of THREE AMIGOS SJL INC. d/b/a CHEETAHS GENTLEMENS CLUB & RESTAURANT,*

vs     Plaintiff(s)/Petitioner(s)

*SHIRELL WEISBLAT a/k/a SHRIELL WEISBLAT, CHARLES WEISBLAT, CHARLIE CASANOVA, INC., SELIM ZHERKA a/k/a SAM ZHERKA, STEVE ASLAND, and MEHLER & BUSCEMI,*

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**
INDEX #: 603794-07
FILED ON: November 15, 2007

NEW YORK COUNTY CLERKS OFFICE
DEC 13 2007
NOT COMPARED WITH COPY FILE

County of **SUFFOLK**, State of **New York**, I, **CLAUDE BROWN**, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of **New York**.
On **12/4/2007** at **5:15PM**,
at **1385 YORK AVENUE, APT. 34G, NEW YORK, NY 10021**
deponent served the within **SUMMONS AND VERIFIED COMPLAINT**
bearing Index # **603794-07** and filed on **November 15, 2007**
ON: **CHARLES WEISBLAT**

**INDIVIDUAL** [ ]  by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [ ]  A _____, by delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described as the named defendant and knew said individual to be the authorized agent thereof.

**SUITABLE AGE PERSON** [X]  by delivering a true copy of each to **"JOHN DOE"-CONCIERGE** a person of suitable age and discretion Said premises is recipient's [ ]actual place of business [X]dwelling house (usual place of abode) within the state. I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.

**AFFIXING TO** [ ]  by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____
Verification:

**MAILING COPY** [X]  Deponent's agent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [X]residence [ ] place of employment at: **1385 YORK AVENUE, APT. 34G, NEW YORK, NY** and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S. Postal Service within the State of New York on **12/7/07**
[ ]The mailing was made by certified mail (Receipt No._____)
[ ] and with return receipt requested, and/ X or First Class Mail, marked personal and confidential.

**DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **male** Race/skin **white** Color of hair **black** Approx. Age **30-40** Approx. Height **5'9"-6'**
Approx. weight **170-200** Other **refused to provide full name, would not allow access to apt**

**WITNESS FEES** [ ]  $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ]  Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [X]  Deponent asked person spoken to whether the recipient was presently in or dependent upon someone currently in military service of the United States Government or in the State of New York and was informed he/she was not.

Sworn to before me on this
**11th** day of **December**, **2007**

*James Anthony Poverelli* (signature)

James Anthony Poverelli
Notary Public, State of New York
No. 01PA6061647
Qualified in Suffolk County
Commission Expires July 16 2011

*Claude Brown* (signature)

CLAUDE BROWN

0989767
Process Server's Lic #

NATIONWIDE PROCESS SERVICE
4250 Veterans Memorial Hwy. Suite 4000
Holbrook, NY 11741
631-981-4400

JP
Client Reference #: WEISBLAT

Invoice/WorkOrder # 9784540

| STATE OF NEW YORK | NEW YORK COUNTY | SUPREME COURT |
|---|---|---|

ATTORNEY(S): PAUL J. GIACOMO, JR.,
ADDRESS: 405 LEXINGTON AVENUE, NEW YORK, NY 10174   PH#:(212) 486-0200

COPY

LARRY GRIBLER, suing both individually and as controlling shareholder of THREE AMIGOS SJL, INC. d/b/a CHEETAHS GENTLEMENS CLUB & RESTAURANT,

vs.                                                                                     Plaintiff(s)/Petitioner(s)

**AFFIDAVIT OF SERVICE**
INDEX #: 603794-07
FILED ON: November 15, 2007

SHIRELL WEISBLAT a/k/a SHRIELL WEISBLAT, CHARLES WEISBLAT, CHARLIE CASANOVA, INC., SELIM ZHERKA a/k/a SAM ZHERKA, STEVE ASLAND, and MEHLER & BUSCEMI,

Defendant(s)/Respondent(s)

NEW YORK COUNTY CLERK'S OFFICE

County of SUFFOLK, State of NEW YORK, I, CLAUDE BROWN being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of NEW YORK.
On 12/4/2007 at 5:15PM
at 1385 YORK AVENUE, APT. 34G, NEW YORK, NY 10021
deponent served the within SUMMONS AND VERIFIED COMPLAINT

DEC 13 2007

bearing Index # 603794-07, and filed on November 15, 2007
ON: SHIRELL WEISBLAT A/K/A SHRIELL WEISBLAT

NOT COMPARED WITH COPY FILE

INDIVIDUAL [ ] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [ ] A_____, by delivering thereat a true copy of each to _____ personally, deponent knew said _____ described as the named defendant and knew so served to be the said individual to be the authorized agent thereof.

SUITABLE AGE PERSON [X] by delivering a true copy of each to "JOHN DOE"-CONCIERGE a person of suitable age and discretion
Said premises is recipient's [ ]actual place of business [X]dwelling house (usual place of abode) within the state.
I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.

AFFIXING TO [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____
Verification:

MAILING COPY [x] Deponent's agent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [X]residence [ ] place of employment at: 1385 YORK AVENUE, APT. 34G, NEW YORK, NY and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of NEW YORK on 12/7/07
[ ]The mailing was made by certified mail (Receipt No._____)
[ ] and with return receipt requested, and/ X or First Class Mail, marked personal and confidential.

DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex male  Race/skin white  Color of hair black  Approx. Age 30-40  Approx. Height 5'9"-6'
Approx. weight 170-200  Other refused to provide full name, would not allow access to apt

WITNESS FEES [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ] Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [X] Deponent asked person spoken to whether the recipient was presently in or dependent upon someone currently in military service of the United States Government or in the State of NEW YORK and was informed he/she was not.

Sworn to before me on this
11th day of December, 2007

*James Anthony Passarelli*
James Anthony Passarelli
Notary Public, State of New York
No. 01PA6061647
Qualified in Suffolk County
Commission Expires July 16, 20 11

CLAUDE BROWN

0989767
Process Server's Lic #

NATIONWIDE PROCESS SERVICE
4250 Veterans Memorial Hwy. Suite 4000
Holbrook, NY 11741
631-981-4400

JP
Client Reference #: WEISBLAT

Invoice/WorkOrder # 9784531

STATE OF NEW YORK     NEW YORK COUNTY     SUPREME COURT

ATTORNEY(S): PAUL J. GIACOMO, JR.,

ADDRESS: 405 LEXINGTON AVENUE, NEW YORK, NY 10174    PH#: (212) 486-0200

*LARRY GRIBLER, suing both individually and as controlling shareholder of THREE AMIGOS SJL INC. d/b/a CHEETAHS GENTLEMENS CLUB & RESTAURANT,*

vs.      Plaintiff(s)/Petitioner(s)

**AFFIDAVIT OF SERVICE**
INDEX #: 603794-07
FILED ON: November 15, 2007

*SHIRELL WEISBLAT a/k/a SHRIELL WEISBLAT, CHARLES WEISBLAT, CHARLIE CASANOVA, INC., SELIM ZHERKA a/k/a SAM ZHERKA, STEVE ASLAND, and MEHLER & BUSCEMI.*

Defendant(s)/Respondent(s)

County of **SUFFOLK**, State of **New York**, I, **CLAUDE BROWN** being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of **New York**

On **12/3/2007** at **5:35PM**

at **2900 MILTON PLACE, BRONX, NY 10465**

deponent served the within **SUMMONS AND VERIFIED COMPLAINT**

bearing index # **603794-07** and filed on **November 15, 2007**

ON: **STEVE ASLAND**

NEW YORK COUNTY CLERK'S OFFICE
DEC 12 2007
NOT COMPARED WITH COPY FILE

**INDIVIDUAL** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [ ] A _____, by delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described as the named defendant and knew said individual to be the authorized agent thereof.

**SUITABLE AGE PERSON** [X] by delivering a true copy of each to **ZOE ASLAND-CO TENANT** a person of suitable age and discretion Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state. I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.

**AFFIXING TO** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day___ Date___ Time___ Day___ Date___ Time___
Day___ Date___ Time___ Day___ Date___ Time___
Verification:

**MAILING COPY** [X] Deponent's agent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [X] residence [ ] place of employment at: **2900 MILTON PLACE, BRONX, NY 10465** and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S. Postal Service within the State of New York on **12/6/07**
[ ] The mailing was made by certified mail (Receipt No._____)
[ ] and with return receipt requested, and/ X or First Class Mail, marked personal and confidential.

**DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **female** Race/skin **white** Color of hair **blonde** Approx. Age **60-65** Approx. Height **5'2"-5'6"**
Approx. weight **150-160** Other **mother**

**WITNESS FEES** [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ] Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [X] Deponent asked person spoken to whether the recipient was presently in or dependent upon someone currently in military service of the United States Government or in the State of New York and was informed he/she was not.

Sworn to before me on this
**10th** day of **December**, **2007**

*James Anthony Passarelli*
Notary Public, State of New York
No. 01PA6061647
Qualified in Suffolk County
Commission Expires July, 10 20__

CLAUDE BROWN

0989767
Process Server's Lic #

NATIONWIDE PROCESS SERVICE
4250 Veterans Memorial Hwy. Suite 4000
Holbrook, NY 11741
631-981-4400

JP
Client Reference #: WEISBLAT

InvoiceWorkOrder# 9784532

| STATE OF NEW YORK | NEW YORK COUNTY | SUPREME COURT |
|---|---|---|

ATTORNEY(S): PAUL J. GIACOMO, JR., . . .
ADDRESS: 405 LEXINGTON AVENUE, NEW YORK, NY 10174    PH#:(212) 486-0200

*LARRY GRIBLER, suing both individually and as controlling shareholder of THREE AMIGOS SJL INC. d/b/a CHEETAHS GENTLEMENS CLUB & RESTAURANT,*

vs.                                                                                     Plaintiff(s)/Petitioner(s)

**AFFIDAVIT OF SERVICE**
INDEX #: 603794-07
FILED ON: November 15, 2007

*SHIRELL WEISBLAT a/k/a SHRIELL WEISBLAT, CHARLES WEISBLAT, CHARLIE CASANOVA, INC., SELIM ZHERKA a/k/a SAM ZHERKA, STEVE ASLAND, and MEHLER & BUSCEMI,*

Defendant(s)/Respondent(s)

County of __SUFFOLK__, State of __New York__, I, __LAURANCE KNOX__ being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of __New York__
On __12/3/2007__ at __2:00PM__
at __305 BROADWAY, SUITE 1102, NEW YORK, NY 10007__
deponent served the within __SUMMONS AND VERIFIED COMPLAINT__

NEW YORK COUNTY CLERK'S OFFICE
DEC 12 2007
NOT COMPARED WITH COPY FILE

bearing Index # __603794-07__ and filed on __November 15, 2007__
ON: MEHLER & BUSCEMI

**INDIVIDUAL** [ ]
by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [x]
A __Legal Agency__, by delivering thereat a true copy of each to __MARTIN P. MEHLER-AUTHORIZED AGENT__ personally, deponent knew said __Legal Agency__ so served to be the __Legal Agency__ described as the named defendant and knew said individual to be the authorized agent thereof.

**SUITABLE AGE PERSON** [ ]
by delivering a true copy of each to _____ a person of suitable age and discretion
Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.
I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.

**AFFIXING TO** [ ]
by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business
[ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day____Date____Time____Day____Date____Time____
Day____Date____Time____Day____Date____Time____
Verification:

**MAILING COPY** [ ]
Deponent's agent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [ ] place of employment at: __305 BROADWAY, SUITE 1102, NEW YORK, NY__ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S. Postal Service within the State of New York on _____
[ ] The mailing was made by certified mail (Receipt No. _____)
[ ] and with return receipt requested, and/ or First Class Mail, marked personal and confidential.

**DESCRIPTION** [X]
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __male__ Race/skin __white__ Color of hair __blk/grey__ Approx. Age __45-50__ Approx. Height __6'-6'3"__
Approx. weight __240-250__ Other __was wearing eyeglasses__

**WITNESS FEES** [ ]
$_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ]
Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [ ]
Deponent asked person spoken to whether the recipient was presently in or dependent upon someone currently in military service of the United States Government or in the State of New York and was informed he/she was not.

Sworn to before me on this
__10th__ day of __December__, 2007

_James Anthony Passarelli_
James Anthony Passarelli
Notary Public, State of New York
No. 01PA6061647
Qualified in Suffolk County
Commission Expires July, 16 2011

LAURANCE KNOX

1167432
Process Server's Lic #

NATIONWIDE PROCESS SERVICE
4250 Veterans Memorial Hwy. Suite 4000
Holbrook, NY 11741
631-981-4400

JP
Client Reference #: WEISBLAT

Invoice/WorkOrder # 9784535

STATE OF NEW YORK         NEW YORK COUNTY           SUPREME   COURT
ATTORNEY(S): PAUL J. GIACOMO, JR.,
ADDRESS: 405 LEXINGTON AVENUE, NEW YORK, NY 10174   PH#: (212) 486-0200

*LARRY GRIBLER, suing both individually and as controlling shareholder of THREE AMIGOS SJL INC. d/b/a CHEETAHS GENTLEMENS CLUB & RESTAURANT,*

Plaintiff(s)/Petitioner(s)

AFFIDAVIT OF SERVICE
INDEX #: 603794-07
FILED ON: November 15, 2007

vs

*SHIRELL WEISBLAT a/k/a SHRIELL WEISBLAT, CHARLES WEISBLAT, CHARLIE CASANOVA, INC., SELIM ZHERKA a/k/a SAM ZHERKA, STEVE ASLAND, and MEHLER & BUSCEMI,*

Defendant(s)/Respondent(s)

County of __SUFFOLK__, State of __NEW YORK__, I, __ROBERT MOORE__ being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of __NEW YORK__
On __1/12/2008__ at __3:50PM__,
at __4 HAGEMAN COURT, KATONAH, NY 10536__
deponent served the within __SUMMONS AND VERIFIED COMPLAINT__
bearing Index# __603794-07__ and filed on __November 15, 2007__
ON: SELIM ZHERKA A/K/A SAM ZHERKA

INDIVIDUAL [X]  by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [ ]  A _____, by delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described as the named defendant and knew said individual to be the authorized agent thereof.

SUITABLE AGE PERSON [ ]  by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.

AFFIXING TO [ ]  by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day____ Date____ Time____ Day____ Date____ Time____
Day____ Date____ Time____ Day____ Date____ Time____
Verification:

MAILING COPY [ ]  Deponent's agent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [ ] place of employment at: __4 HAGEMAN COURT, KATONAH, NY 10536__ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S. Postal Service within the State of NEW YORK on _____.
[ ] The mailing was made by certified mail (Receipt No. _____)
[ ] and with return receipt requested, and/ or First Class Mail, marked personal and confidential.

DESCRIPTION [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __male__ Race/skin __white__ Color of hair __black__ Approx. Age __40-45__ Approx. Height __6'-6'3"__
Approx. weight __200-210__ Other _____

WITNESS FEES [ ]  $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ]  Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [X]  Deponent asked person spoken to whether the recipient was presently in or dependent upon someone currently in military service of the United States Government or in the State of NEW YORK and was informed he/she was not.

Sworn to before me on this
__14th__ day of __January__ 2008

James Anthony Passarelli
Notary Public, State of New York
No. 01PA6061647
Qualified in Suffolk County
Commission Expires July 16, 20__

ROBERT MOORE

1066544
Process Server's Lic #

NATIONWIDE PROCESS SERVICE
4250 Veterans Memorial Hwy, Suite 4000
Holbrook, NY 11741
631-981-4400

JP
Client Reference #: WEISBLAT

Invoice/WorkOrder# 9784533