## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan Lovett @jlovett@lovett-gould.com

The undersigned hereby certifies that copies of the foregoing Plaintiffs' Notice of Motion was served via overnight mail using Federal Express, this 22nd day of January, 2008 upon the following:

>Mr. Jonathan Lovett
>Lovett & Gould, LLP
>222 Bloomingdale Road
>White Plains, NY 10605-1513
>
>Kristopher Dennis
>Kaufman, Borgeest & Ryan LLP
>99 Park Avenue
>New York, NY 10016

Paul J. Giacomo, Jr. (PG8774)