## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan Lovett @jlovett@lovett-gould.com

Ruth Evon Idahosa-Howard @ehoward@kbrlaw.com and

@mfurman@kbrlaw.com

The undersigned hereby certifies that copies of the foregoing Plaintiffs' Reply was served

via overnight mail using Federal Express, this 7th day of February, 2008 upon the following:

Mr. Jonathan Lovett
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, NY 10605-1513

Kristopher Dennis
Kaufman, Borgeest & Ryan LLP
99 Park Avenue
New York, NY 10016

Paul J. Giacomo, Jr. (PG8774)