UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LARRY GRIBLER, suing both individually and
as controlling shareholder of THREE AMIGOS SJL,
INC. d/b/a CHEETAHS GENTLEMEN'S CLUB,

          07 Civ. 11436 (nrb)

         Plaintiff,

  -against-

          **RULE 7.1 CORPORATE**
SHIRELL WEISBLAT, aka SHRIELL         **DISCLOSURE STATEMENT**
WEISBLAT, CHARLES WEISBLAT,
CHARLIE CASANOVA, INC.,
SELIM ZHERKA, STEVE ASLAND,
and MEHLER & BUSCEMI,

         Defendants.

-------------------------------------------------------------x

      This Corporate Disclosure Statement is filed on behalf of THREE AMIGOS SJL, INC. in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure which states that "a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

      The filing party hereby declares that there is no such corporation.

      A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: New York, New York
      February 7, 2008

                                       Paul J. Giacomo, Jr. (PG8774)