## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan Lovett @jlovett@lovett-gould.com

Ruth Evon Idahosa-Howard @ehoward@kbrlaw.com and

@mfurman@kbrlaw.com

The undersigned hereby certifies that copies of the foregoing Plaintiffs' Rule 7.1 Corporate Disclosure Statement was served via overnight mail using Federal Express, this 7th day of February, 2008 upon the following:

Mr. Jonathan Lovett
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, NY 10605-1513

Kristopher Dennis
Kaufman, Borgeest & Ryan LLP
99 Park Avenue
New York, NY 10016

Paul J. Giacomo, Jr. (PG8774)

Case 1:07-cv-11436-NRB   Document 16   Filed 02/07/2008   Page 1 of 1